EXHIBIT 1

Time-Barred Complaint Only

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Abdul, Moori | 1:23-cv-05302 | Cuneo Gilbert & LaDuca, LLP Rutherford Law | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/31/2013 | Intentionally Blank | 11/17/2023 |
| Allen, Michelle | 1:23-cv-03206 | Johnson Law Group | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 7/26/2011 | Intentionally Blank | 7/19/2023 |
| Anaya, Ana Valenica | 1:22-cv-04127 | Keller Postman, LLC Yeager Law, PLLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 9/15/2010 | Intentionally Blank | 10/17/2022 |
| Armstrong, Allison | 1:23-cv-01647 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2012 | Intentionally Blank | 4/14/2023 |
| Aros, Sabrine | 1:21-cv-04731 | Hensley Legal Group, PC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2009 | Intentionally Blank | 11/16/2021 |
| Blasingame, Shandral | 1:23-cv-00264 | Cory Watson, PC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 10/31/2011 | Intentionally Blank | 1/18/2023 |
| Blaylock, La'shara | 1:24-cv-01918 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 3/31/2011 | Intentionally Blank | 5/2/2024 |
| Blye, Nikki | 1:24-cv-00534 | McDonald Worley | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 3/1/2013 | Intentionally Blank | 2/5/2024 |
| Brannen, Amy | 1:20-cv-04200 | Zimmerman Reed, P.L.L.P. Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 4/17/2008 | Intentionally Blank | 10/12/2020 |
| Brown, Tamara | 1:23-cv-02406 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 9/20/2011 | Intentionally Blank | 5/30/2023 |
| Brown, Virona | 1:24-cv-00039 | Yeager Law, PLLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/1/2008 | Intentionally Blank | 1/3/2024 |
| Buffington, Princess | 1:23-cv-00370 | Ferrer Poirot & Wansbrough | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/1/2009 | Intentionally Blank | 1/24/2023 |
| Cagley, Jacqueline Bissett | 1:22-cv-01744 | Milberg Coleman Bryson Phillips Grossman | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 3/31/2010 | Intentionally Blank | 5/3/2022 |
| Cook, Tabitha | 1:21-cv-02867 | The Michael Brady Lynch Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2009 | Intentionally Blank | 7/16/2021 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Coral, Jacqueline | 1:21-cv-04699 | Motley Rice LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 2/28/2008 | Intentionally Blank | 11/15/2021 |
| Crump, Sharon F | 1:23-cv-01338 | Fibich Leebron Copeland Briggs | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 5/15/2009 | Intentionally Blank | 3/29/2023 |
| Davenport, Latosha | 1:21-cv-03676 | Ferrer Poirot & Wansbrough | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 8/2/2007 | Intentionally Blank | 9/3/2021 |
| Dorsey, Victoria | 1:21-cv-00358 | Keller Postman, LLC Yaeger Law PLLC Keller Lenkner LLC Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/18/2009 | Intentionally Blank | 1/21/2021 |
| Ero, Ruth | 1:23-cv-05157 | Keller Postman, LLC Yaeger Law, PLLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 3/31/2010 | Intentionally Blank | 11/8/2023 |
| Francis, Treasure | 1:22-cv-01021 | Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 10/10/2008 | Intentionally Blank | 3/14/2022 |
| Gallardo, Blanca | 1:22-cv-04568 | Johnson Law Group Motley Rice LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 4/30/2008 | Intentionally Blank | 11/16/2022 |
| Gilmore, Amanda | 1:21-cv-04315 | The Hirsch Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 2/26/2008 | Intentionally Blank | 10/15/2021 |
| Goines, Kimberly | 1:23-cv-01332 | Yaeger Law, PLLC Keller Postman, LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 2/1/2007 | Intentionally Blank | 3/29/2023 |
| Goldstein, Nicole | 1:23-cv-01708 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 5/10/2010 | Intentionally Blank | 4/17/2023 |
| Gresham, Keesha | 1:23-cv-05309 | Childers, Schlueter & Smith, LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2011 | Intentionally Blank | 11/17/2023 |
| Hadley, Whitney | 1:22-cv-01029 | Brad Egenberg Law | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 9/29/2009 | Intentionally Blank | 3/14/2022 |
| Harger, Harley | 1:22-cv-01546 | Yaeger Law, PLLC Keller Postman LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 9/22/2009 | Intentionally Blank | 4/21/2022 |
| Hill, Lauren | 1:23-cv-05276 | Jack Griffith Rutherford | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 2/28/2011 | Intentionally Blank | 11/16/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Hopkins, Frances | 1:22-cv-01512 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2007 | Intentionally Blank | 4/20/2022 |
| Kamuleta, Mamyna | 1:23-cv-02396 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2012 | Intentionally Blank | 5/30/2023 |
| Lewis, Allison | 1:20-cv-03942 | Motley Rice LLC Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 5/11/2009 | Intentionally Blank | 9/23/2020 |
| Lish, Stephanie | 1:24-cv-00892 | Luff Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/1/2010 | Intentionally Blank | 2/28/2024 |
| Major, Jonzoreika | 1:22-cv-02682 | Fibich Leebron Copeland Briggs | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/1/2011 | Intentionally Blank | 7/7/2022 |
| McKee, Faatimah (first filed) | 1:21-cv-04908 | Porter & Malouf, P.A. | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2009 | Intentionally Blank | 11/30/2021 |
| McKee, Faatimah (second filed) | 1:22-cv-01606 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2009 | Intentionally Blank | 4/22/2022 |
| Medina, Ashley | 1:22-cv-00083 | Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 7/2/2009 | Intentionally Blank | 1/7/2022 |
| Meunier, Lollie | 1:22-cv-03287 | Fibich Leebron Copeland Briggs | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 1/1/2012 | Intentionally Blank | 8/16/2022 |
| Millsaps, Brianna | 1:22-cv-01562 | Porter & Malouf, P.A. | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2007 | Intentionally Blank | 4/21/2022 |
| Mooney, Jessica | 1:23-cv-01604 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 4/1/2011 | Intentionally Blank | 4/13/2023 |
| Musick-Graham, Melanie | 1:23-cv-00422 | Childers, Schlueter & Smith, LLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 6/14/2012 | Intentionally Blank | 1/27/2023 |
| Nasser, Lindsey | 1:23-cv-00757 | Johnson Law Group | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 6/7/2011 | Intentionally Blank | 2/17/2023 |
| Overton, Shannon | 1:21-cv-04414 | Bossier & Associates, PLLC Porter & Malouf, P.A. | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 10/7/2008 | Intentionally Blank | 10/22/2021 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Owensby, Sherita | 1:22-cv-00421 | Motley Rice LLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 2/2/2010 | *Intentionally Blank* | 2/2/2022 |
| Paz, Karen | 1:23-cv-01605 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 12/31/2008 | *Intentionally Blank* | 4/13/2023 |
| Pullin, Dana Christine | 1:23-cv-05662 | Ashcraft & Gerel, LLP | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 6/1/2012 | *Intentionally Blank* | 12/11/2023 |
| Rawls-Sanders, Jennifer | 1:21-cv-01420 | Sanders Law Group Sanders Phillips Grossman LLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 12/31/2009 | *Intentionally Blank* | 4/9/2021 |
| Redmond, Saqirah | 1:21-cv-03940 | Motley Rice LLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 3/15/2011 | *Intentionally Blank* | 9/24/2021 |
| Reed, Rebecca | 1:22-cv-04988 | Yaeger Law, PLLC Keller Postman, LLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 6/3/2010 | *Intentionally Blank* | 12/19/2022 |
| Regan, Wendy | 1:24-cv-02317 | Childers, Schlueter & Smith, LLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 7/13/2010 | *Intentionally Blank* | 5/28/2024 |
| Rodriguez, Patricia | 1:20-cv-03945 | Fibich Leebron Copeland Briggs Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 2/25/2009 | *Intentionally Blank* | 9/23/2020 |
| Rynex, Kristen | 1:22-cv-01910 | Fibich Leebron Copeland Briggs | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 7/31/2011 | *Intentionally Blank* | 5/13/2022 |
| Scott, Lakeisha | 1:22-cv-00080 | Hammers Law Firm | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 12/13/2005 | *Intentionally Blank* | 1/7/2022 |
| Shah, Gayatri | 1:24-cv-01693 | Ferrer Poirot & Wansbrough | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 1/2/2011 | *Intentionally Blank* | 4/19/2024 |
| Shorey, Carrie | 1:23-cv-05158 | Keller Postman, LLC Yaeger Law, PLLC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 5/31/2006 | *Intentionally Blank* | 11/8/2023 |
| Taylor, Monica | 1:22-cv-02900 | Cory Watson, PC | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 2/28/2011 | *Intentionally Blank* | 7/22/2022 |
| Thomason, Tara | 1:23-cv-01699 | Johnson Law Group | GA | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 10 | 12/31/2011 | *Intentionally Blank* | 4/17/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Thompson, Kiera | 1:21-cv-04239 | Tosi Law, LLP | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 3/4/2011 | Intentionally Blank | 10/11/2021 |
| Wilson, Sabrina | 1:23-cv-05155 | Keller Postman, LLC Yaeger Law, PLLC | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | 12/31/2011 | Intentionally Blank | 11/8/2023 |
| Brandenburg, Michelle | 1:23-cv-05020 | Keller Postman, LLC | IA | Statute of Repose | Intentionally Blank | Intentionally Blank | 15 | 7/31/2008 | Intentionally Blank | 10/31/2023 |
| Lopez Hernandez, Marilu | 1:22-cv-01300 | Joel E. Brown | IA | Statute of Repose | Intentionally Blank | Intentionally Blank | 15 | 1/1/2007 | Intentionally Blank | 4/1/2022 |
| Foster, Audra | 1:23-cv-04748 | Keller Postman, LLC Yaeger Law, PLLC | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 12/31/2018 | 10/17/2023 |
| Koncz, Makenzie | 1:23-cv-01414 | Tosi Law, LLP | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 7/6/2020 | 3/31/2023 |
| McDonald, Spring | 1:22-cv-00455 | Hammers Law Firm | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 12/8/2011 | 2/4/2022 |
| Moss, Lyndsie | 1:21-cv-05320 | Yaeger Law, PLLC Keller Postman, LLC | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 10/8/2019 | 12/29/2021 |
| Thurman, Lacey | 1:22-cv-02088 | Yaeger Law, PLLC Keller Postman, LLC | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 7/8/2015 | 5/25/2022 |
| Torres, Patricia | 1:23-cv-01710 | Tosi Law, LLP | ID | Statute of Limitations | 2 | Intentionally Blank | Intentionally Blank | Intentionally Blank | 12/31/2017 | 4/17/2023 |
| Abraham, Elina | 1:22-cv-04465 | Johnson Law Group Motley Rice LLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/1/2011 | Intentionally Blank | 11/8/2022 |
| Ahlfeld, Julie | 1:23-cv-05256 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 11/15/2023 |
| Amos, Sarah | 1:21-cv-04199 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 1/20/2010 | Intentionally Blank | 10/11/2021 |
| Bade, Purevbadam Makhburiad | 1:23-cv-02469 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2012 | Intentionally Blank | 6/1/2023 |
| Barba, Monica | 1:22-cv-00724 | Yaeger Law, PLLC Keller Postman, LLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 3/18/2008 | Intentionally Blank | 2/21/2022 |
| Bell-Powell, Akyva | 1:22-cv-05077 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 4/2/2012 | Intentionally Blank | 12/25/2022 |
| Billups, Latrice | 1:22-cv-05078 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2008 | Intentionally Blank | 12/25/2022 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Bjorgo, Lindsey | 1:24-cv-00341 | Wallace Miller | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 7/1/2014 | *Intentionally Blank* | 1/24/2024 |
| Brewer, Tanisha | 1:21-cv-04204 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 12/31/2011 | *Intentionally Blank* | 10/11/2021 |
| Coleman, Charlena | 1:22-cv-04624 | Johnson Law Group Motley Rice LLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 10/28/2013 | *Intentionally Blank* | 11/21/2022 |
| Colunga, Stephany | 1:23-cv-01336 | Yaeger Law, PLLC Keller Postman LLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 8/5/2008 | *Intentionally Blank* | 3/29/2023 |
| Craft, April | 1:23-cv-02008 | Johnson Law Group | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 6/30/2009 | *Intentionally Blank* | 5/2/2023 |
| Day, Reuvean | 1:22-cv-00274 | Law Office of Jeff Green, P.C. Joel E. Brown | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 7/27/2012 | *Intentionally Blank* | 1/24/2022 |
| Diaz, Marilina | 1:23-cv-01700 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 12/31/2006 | *Intentionally Blank* | 4/17/2023 |
| Dunn, Rene | 1:23-cv-02630 | Motley Rice LLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 4/5/2012 | *Intentionally Blank* | 6/13/2023 |
| Fausto, Rocio | 1:23-cv-00698 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 1/1/2004 | *Intentionally Blank* | 2/15/2023 |
| Flores, Carla | 1:23-cv-03842 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 12/24/2014 | *Intentionally Blank* | 8/28/2023 |
| Freeman, Megan | 1:23-cv-02990 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 12/31/2009 | *Intentionally Blank* | 7/5/2023 |
| Gomez, Vanessa | 1:22-cv-01636 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 8/5/2008 | *Intentionally Blank* | 4/26/2022 |
| Graye, Stephanie | 1:23-cv-00861 | Yaeger Law, PLLC Keller Postman LLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 10/21/2011 | *Intentionally Blank* | 2/28/2023 |
| Haefelin, Margi | 1:22-cv-03812 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 1/1/2009 | *Intentionally Blank* | 9/21/2022 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez, Elizabeth C | 1:23-cv-02125 | Porter & Malouf, PA | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2014 | Intentionally Blank | 5/10/2023 |
| Hyde, Angelika (first filed) | 1:21-cv-04217 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 10/11/2021 |
| Hyde, Angelika (second filed) | 1:23-cv-00605 | Allen & Nolte, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 2/9/2023 |
| Jackson, Latrice | 1:23-cv-00135 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 8/1/2009 | Intentionally Blank | 1/10/2023 |
| Jackson, Winter | 1:23-cv-01012 | Allen & Nolte, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 8/23/2007 | Intentionally Blank | 3/9/2023 |
| Johnson, Sabrina | 1:22-cv-00766 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 3/13/2007 | Intentionally Blank | 2/3/2022 |
| Karabetsos, Nicole | 1:24-cv-01617 | Moll Law Group | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/30/2011 | Intentionally Blank | 4/17/2024 |
| Kwitkowski, Jennifer | 1:23-cv-03648 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 2/28/2010 | Intentionally Blank | 8/16/2023 |
| Lee, Jessica | 1:21-cv-00132 | Murphy Law Firm Sanders Phillips Grossman LLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 2/14/2011 | Intentionally Blank | 12/9/2020 |
| Leonard, Romina | 1:23-cv-04258 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 5/31/2015 | Intentionally Blank | 9/20/2023 |
| Lusk, Christi | 1:21-cv-04222 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 4/23/2007 | Intentionally Blank | 10/11/2021 |
| Magana, Joann | 1:24-cv-02319 | Childers, Schlueter & Smith, LLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 2/20/2014 | Intentionally Blank | 5/28/2024 |
| Mascenic, Jessica | 1:23-cv-01242 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 1/1/2010 | Intentionally Blank | 3/23/2023 |
| McDonald, Tondelya | 1:23-cv-05301 | Cuneo Gilbert & LaDuca, LLP Rutherford Law | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 1/31/2010 | Intentionally Blank | 11/17/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| McKeown, Ann | 1:21-cv-05188 | Moll Law Group | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 5/6/2011 | Intentionally Blank | 12/20/2021 |
| McKinney, Amara | 1:23-cv-04373 | Wallace Miller | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2011 | Intentionally Blank | 9/26/2023 |
| Miranda, Joanna | 1:21-cv-02704 | Ward Murray Pce & Johnson, P.C. Hensley Legal Group, PC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 5/21/2021 |
| Moran, Amy | 1:22-cv-01052 | Wallace Miller | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 1/7/2013 | Intentionally Blank | 3/15/2022 |
| Motter, Georgia | 1:21-cv-04045 | Bruce D. Taubman | IL | Statute of Repose (Strict Liability ONLY) Motion to Amend to drop strict liabilty claims PENDING Dkt. No. [12] | Intentionally Blank | Intentionally Blank | 8 | 12/31/2006 | Intentionally Blank | 5/14/2021 |
| Norman, Angela | 1:23-cv-04571 | Keller Postman, LLC Yeager Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2005 | Intentionally Blank | 10/6/2023 |
| Osorio, Janeth | 1:24-cv-00305 | Wallace Miller | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 5/31/2015 | Intentionally Blank | 1/22/2024 |
| Parker, Tresha | 1:23-cv-00006 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/1/2011 | Intentionally Blank | 1/1/2023 |
| Piotrowski, Stephanie | 1:23-cv-02009 | Johnson Law Group | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 5/2/2023 |
| Radnick, Margaret | 1:21-cv-01186 | The Michael Brady Lynch Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 12/31/2009 | Intentionally Blank | 3/5/2021 |
| Rosenberg, Maren | 1:22-cv-00901 | Law Office of Jeff Green, P.C. Joel E. Brown | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 2/28/2012 | Intentionally Blank | 3/3/2022 |
| Smith, Amy | 1:22-cv-03536 | Fibich Leebron Copeland Briggs | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | 2/1/2009 | Intentionally Blank | 8/31/2022 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Tow, Kayla K. | 1:21-cv-00576 | Sanders Phillips Grossman LLC Pogust Millrood LLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 11/23/2011 | *Intentionally Blank* | 8/4/2020 |
| Westrick, Jean | 1:23-cv-05013 | Keller Postman, LLC Yaeger Law, PLLC | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 12/31/2010 | *Intentionally Blank* | 10/31/2023 |
| Wilson, Tyshira | 1:23-cv-04084 | Tosi Law, LLP | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 2/9/2009 | *Intentionally Blank* | 9/12/2023 |
| Yates, Haleigh | 1:22-cv-00361 | The Carolson Law Firm, P.C. | IL | Statute of Repose (Strict Liability ONLY) | *Intentionally Blank* | *Intentionally Blank* | 8 | 8/30/2012 | *Intentionally Blank* | 1/28/2022 |
| Carson, Nateshia | 1:23-cv-01705 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 10/24/2017 | 4/17/2023 |
| Deising, Tammy S | 1:21-cv-03045 | Fibich Leebron Copeland Briggs | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 3/9/2015 | 7/29/2021 |
| Earley, Precious | 1:22-cv-02550 | Hammers Law Firm | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/1/2017 | 6/25/2022 |
| Fling, Alia E Roberts | 1:23-cv-01616 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/31/2017 | 4/13/2023 |
| Gotham, Bobbie | 1:21-cv-03585 | Fibich Leebron Copeland Briggs | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 1/11/2018 | 8/30/2021 |
| Higgins, Jessica | 1:22-cv-01506 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 2/1/2019 | 4/20/2022 |
| Lane, Brenna | 1:22-cv-02499 | Hammers Law Firm | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 5/3/2017 | 6/22/2022 |
| Levens, Shonte D | 1:21-cv-04132 | The Kuykendall Group, LLC Susen Law Group | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 8/9/2013 | 10/6/2021 |
| McIntyre, Karina | 1:22-cv-03242 | Hammers Law Firm | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 3/22/2017 | 8/15/2022 |
| Miller, Asia | 1:23-cv-01658 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 5/5/2017 | 4/14/2023 |
| Munger, Gina | 1:22-cv-03146 | Hammers Law Firm | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 1/23/2015 | 8/9/2022 |
| Nestorak, Jaimie | 1:22-cv-03814 | Fibich Leebron Copeland Briggs | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 7/20/2018 | 9/21/2022 |
| Ott, Cassandra | 1:22-cv-01511 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 6/30/2017 | 4/20/2022 |
| Taylor, Debbie | 1:23-cv-01617 | Tosi Law, LLP | MI | Statute of Limitations | 3 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/31/2010 | 4/13/2023 |
| Kettler, Amber | 1:23-cv-05990 | Keller Postman, LLC Yaeger Law, PLLC | MS | Statute of Limitations | 3 | 6 | *Intentionally Blank* | 6/4/2014 | 4/27/2015 | 12/27/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Mosley, Venita | 1:22-cv-04140 | Yaeger Law, PLLC | MS | Statute of Limitations | 3 | 6 | *Intentionally Blank* | 12/31/2008 | 1/2/2019 | 10/17/2022 |
| Sharp, Rene | 1:21-cv-03115 | Fibich Leebron Copeland Briggs | MS | Statute of Limitations | 3 | 6 | *Intentionally Blank* | 1/1/2010 | 5/4/2016 | 8/2/2021 |
| Chambers, Carol | 1:22-cv-04593 | Allen & Nolte, PLLC | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 12/31/2009 | *Intentionally Blank* | 11/18/2022 |
| Clayton, Elizabeth | 1:21-cv-03810 | Milberg Coleman Bryson Phillips Grossman | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 12/31/2009 | *Intentionally Blank* | 9/15/2021 |
| Connell, Melissa | 1:24-cv-00440 | Cory Watson | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 6/30/2009 | *Intentionally Blank* | 1/30/2024 |
| Cornelius, Tekila M | 1:22-cv-01959 | Hammers Law Firm | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 10/11/2007 | *Intentionally Blank* | 5/18/2022 |
| Dominique, Dana | 1:21-cv-03786 | Davis & Crump, P.C. | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 6/12/2008 | *Intentionally Blank* | 9/14/2021 |
| Doty, Catherine | 1:21-cv-03552 | The Gori Law Firm, P.C. | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 7/22/2008 | *Intentionally Blank* | 8/27/2021 |
| Erb, Lisa Pendergrass | 1:22-cv-02341 | Hammers Law Firm | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 7/17/2007 | *Intentionally Blank* | 6/12/2022 |
| Jones, Sarah L | 1:23-cv-01426 | Tosi Law, LLP | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 12/20/2005 | *Intentionally Blank* | 3/31/2023 |
| Mathis, Latoya | 1:23-cv-01693 | Tosi Law, LLP | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 12 | 12/31/2010 | *Intentionally Blank* | 4/17/2023 |
| McLain, Crystal | 1:21-cv-03270 | Hensley Legal Group, PC | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 12/31/2009 | *Intentionally Blank* | 8/11/2021 |
| Miller, Kenyatta | 1:21-cv-03872 | Joel E. Brown | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 8/1/2009 | *Intentionally Blank* | 9/20/2021 |
| Ngoran, Mercy | 1:22-cv-01536 | Tosi Law, LLP | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 12 | 11/23/2009 | *Intentionally Blank* | 4/21/2022 |
| Pollock, Dandan | 1:24-cv-00112 | Keller Postman, LLC Yaeger Law, PLLC | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 4/30/2008 | *Intentionally Blank* | 1/9/2024 |
| Shearer, Courtney | 1:22-cv-01574 | Peiffer Rosca Wolf Abdullah Carr & Kane | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 12 | 12/31/2009 | *Intentionally Blank* | 4/22/2022 |
| Spencer, Jennifer | 1:23-cv-00440 | Motley Rice LLC | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 12 | 12/31/2010 | *Intentionally Blank* | 1/30/2023 |
| Strickland, Danielle | 1:21-cv-03408 | Fibich Leebron Copeland Briggs | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 2/1/2009 | *Intentionally Blank* | 8/20/2021 |
| Vidal, Kristina | 1:24-cv-01472 | Fibich, Leebron, Copeland & Briggs | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 12 | 1/1/2011 | *Intentionally Blank* | 4/5/2024 |
| Weiss, Jane | 1:21-cv-03733 | Milberg Coleman Bryson Phillips Grossman | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 1/16/2009 | *Intentionally Blank* | 9/9/2021 |
| Wohnus, Krystal | 1:23-cv-02454 | Motley Rice LLC | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 5/15/2008 | *Intentionally Blank* | 6/1/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Woodfork, Dorothy | 1:23-cv-05299 | Cuneo Gilbert & LaDuca, LLP Rutherford Law | NC | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 6 | 8/31/2003 | *Intentionally Blank* | 11/17/2023 |
| Acevedo, Anny | 1:23-cv-01656 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 8/17/2016 | 12/31/2018 | 4/14/2023 |
| Armijo, Marina | 1:22-cv-02497 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 11/7/2008 | 8/17/2018 | 6/22/2022 |
| Bones, Luz | 1:22-cv-03021 | Law Office of Paul Mankin | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 11/10/2010 | 6/15/2016 | 7/29/2022 |
| Carrion, Maritza Frias | 1:22-cv-04707 | Rheingold, Giuffra, Ruffo & Plotkin, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 2/1/2007 | 2/28/2019 | 11/29/2022 |
| Chin, Hannah | 1:22-cv-03140 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 6/14/2011 | 1/26/2017 | 8/9/2022 |
| Compass, Bettina | 1:23-cv-01659 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2008 | 5/19/2018 | 4/14/2023 |
| Coss, Ivonne | 1:22-cv-03152 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 5/7/2009 | 4/15/2017 | 8/9/2022 |
| Cromwell, Emily | 1:21-cv-02857 | The Freeman Law Firm McDonald Worley | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 8/9/2010 | 4/22/2016 | 7/16/2021 |
| Dapena, Wilma | 1:23-cv-01738 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2015 | 1/5/2018 | 4/17/2023 |
| Dean-Prince, Stacy | 1:23-cv-05449 | Keller Postman, LLC Yaeger Law, PLLC | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2005 | 9/4/2015 | 11/29/2023 |
| Dorfman, Susan | 1:23-cv-01263 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 6/3/2009 | 2/27/2013 | 3/24/2023 |
| Glowacz, Patrycja | 1:21-cv-04563 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 1/18/2007 | 9/12/2011 | 11/4/2021 |
| Griffin, Dana | 1:22-cv-03296 | Yaeger Law, PLLC Keller Postman LLC | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 5/9/2005 | 9/28/2015 | 8/17/2022 |
| Jemiolo, Patricia | 1:22-cv-00464 | Porter & Malouf, P.A. | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 4/2/2013 | 3/26/2018 | 2/4/2022 |
| Munson, Rokiea | 1:23-cv-01345 | Fibich Leebron Copeland Briggs | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 6/20/2008 | 4/4/2018 | 3/29/2023 |
| Nagy, Claudia | 1:23-cv-04199 | Keller Postman, LLC Yaeger Law, PLLC | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2011 | 12/31/2011 | 9/18/2023 |
| Ng, Sue | 1:22-cv-01581 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 8/20/2010 | 2/6/2018 | 4/22/2022 |
| Nobles, Linda | 1:23-cv-01049 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 11/1/2006 | 8/26/2014 | 3/10/2023 |
| Parra, Lerdy | 1:21-cv-04582 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 5/8/2012 | 6/1/2016 | 11/4/2021 |
| Penrose, Emma | 1:23-cv-01395 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 3/30/2010 | 11/20/2018 | 3/31/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Perry, Shara | 1:23-cv-00889 | Bernstein Liebhard, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 9/1/2010 | 3/1/2016 | 3/1/2023 |
| Pershyn, Carly N | 1:21-cv-04733 | Hensley Legal Group, PC | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2009 | 1/11/2013 | 11/16/2021 |
| Price, Khalilah | 1:21-cv-04227 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 6/30/2009 | 10/14/2013 | 10/11/2021 |
| Pulido, Deirdre | 1:22-cv-01543 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 8/31/2008 | 2/12/2013 | 4/21/2022 |
| Ramos, Dahiana | 1:23-cv-01384 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 3/13/2012 | 11/9/2018 | 3/13/2023 |
| Rennie, Karen | 1:21-cv-03626 | Fibich Leebron Copeland Briggs | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 4/30/2007 | 5/31/2017 | 8/31/2021 |
| Ross, Carolyn | 1:22-cv-03222 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 4/5/2005 | 4/13/2015 | 8/13/2022 |
| Small, Deandria L | 1:23-cv-01602 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2010 | 10/15/2015 | 4/13/2023 |
| Sosa, Magdelyn | 1:22-cv-02614 | Linville Law Group | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 1/1/2009 | 9/1/2014 | 6/30/2022 |
| Trever, Natasha | 1:22-cv-00082 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 3/6/2013 | 5/2/2016 | 1/7/2022 |
| Visalli, Carissa J | 1:23-cv-01601 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 10/6/2015 | 12/27/2017 | 4/13/2023 |
| Wyatt, Shannon | 1:22-cv-04187 | Motley Rice LLC | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/31/2007 | 10/18/2017 | 10/20/2022 |
| Yerden, Dannielle R | 1:23-cv-01389 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | 12/6/2007 | 5/9/2013 | 3/31/2023 |
| Burnett, Gerilyn | 1:21-cv-02424 | Milberg Coleman Bryson Phillips Grossman Pogust Millrood | TN | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 10 | 7/23/2009 | *Intentionally Blank* | 5/24/2021 |
| Dotson, Tiffany | 1:21-cv-04023 | Tosi Law, LLP | TN | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 10 | 12/31/2009 | *Intentionally Blank* | 9/29/2021 |
| Arceneaux, Richardra | 1:23-cv-04668 | Cohen Hirsch, LP | TX | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 15 | 2/25/2005 | *Intentionally Blank* | 10/12/2023 |
| Ferber, Ileana | 1:22-cv-04982 | Yaeger Law, PLLC Keller Postman, LLC | TX | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 15 | 8/10/2006 | *Intentionally Blank* | 12/19/2022 |
| Jerome, Stacy | 1:23-cv-01712 | Tosi Law, LLP | TX | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 15 | 12/31/2007 | *Intentionally Blank* | 4/17/2023 |
| Talbert-Williams, Brandi | 1:21-cv-04267 | Tosi Law, LLP | TX | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 15 | 12/31/2005 | *Intentionally Blank* | 10/12/2023 |
| Anderson, Courtney | 1:21-cv-03658 | Motley Rice LLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 7/25/2018 | 9/2/2021 |
| Barrett, Angelia | 1:23-cv-04012 | Keller Postman, LLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/31/2006 | 9/7/2023 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|
| Collantes, Ana | 1:23-cv-01651 | Tosi Law, LLP | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 1/14/2020 | 4/14/2023 |
| Cook, Annathea | 1:23-cv-01120 | Keller Postman, LLC Yaeger Law, PLLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 3/21/2019 | 3/15/2023 |
| Crayton-Gay, Christina | 1:23-cv-01262 | Hammers Law Firm | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 1/1/2017 | 3/24/2023 |
| Deeb, Mazel | 1:23-cv-05156 | Keller Postman, LLC Yaeger Law, PLLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/31/2006 | 11/8/2023 |
| Durham, Angie | 1:22-cv-01576 | Tosi Law, LLP | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 2/28/2020 | 4/22/2022 |
| Hamel, Mary Elizabeth | 1:21-cv-03554 | The Gori Law Firm, P.C. | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 10/13/2018 | 8/27/2021 |
| Johnson, Linda | 1:22-cv-00454 | Hammers Law Firm | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 12/28/2013 | 2/4/2022 |
| Lemus Diaz, Milagros | 1:23-cv-00312 | Yaeger Law, PLLC Keller Postman, LLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 8/15/2019 | 1/20/2023 |
| McLeod, Rebecca | 1:22-cv-03059 | Law Office of Paul Mankin, APC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 6/13/2016 | 8/2/2022 |
| Mercado, Lydia | 1:23-cv-01308 | Allen & Nolte, PLLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 11/21/2018 | 3/28/2023 |
| Millner, Sharon | 1:23-cv-03247 | Keller Postman, LLC Yaeger Law, PLLC | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 8/31/2017 | 7/21/2023 |
| Sarley-Gregory, Nicole | 1:22-cv-01586 | Tosi Law, LLP | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 6/7/2019 | 4/22/2022 |
| Vann, Loveasia | 1:22-cv-01290 | Hammers Law Firm | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 6/16/2014 | 4/1/2022 |
| Vera, Leticia | 1:23-cv-01041 | Hammers Law Firm | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 3/25/2016 | 3/10/2023 |
| Vetter, Jennifer L | 1:23-cv-01407 | Tosi Law, LLP | VA | Statute of Limitations | 2 | *Intentionally Blank* | *Intentionally Blank* | *Intentionally Blank* | 3/6/2019 | 3/31/2023 |

Time-Barred (reference to PFS)

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [For all cases that provide a date, in quotes, see further explanation in Brief] | Placment Date as stated in the Plaintiff Fact Sheet | Removal Date as stated in the Complaint | Removal Date as stated in the Plaintiff Fact Sheet | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Look, Katelynn | 1:23-cv-02973 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | Intentionally Blank | 9/20/2018 | [Same as Complaint] | NO DATE | 1/1/2019 | 7/5/2023 |
| Wilkes, Temika | 1:23-cv-00139 | Fibich Leebron Copeland Briggs | TN | Statute of Repose | Intentionally Blank | Intentionally Blank | 10 | "01/01/2018" | 1/1/2008 | Intentionally Blank | Intentionally Blank | 1/11/2023 |
| Garrett, Tela L | 1:22-cv-01561 | Porter & Malouf, P.A. | IA | Statute of Repose | Intentionally Blank | Intentionally Blank | 15 | "2007" | 3/1/2007 | Intentionally Blank | Intentionally Blank | 4/21/2022 |
| Robinson, Whitney | 1:23-cv-02126 | Porter & Malouf, P.A. | TX | Statute of Repose | Intentionally Blank | Intentionally Blank | 15 | "2009" | 2/1/2008 | Intentionally Blank | Intentionally Blank | 5/10/2023 |
| Wheeler, Tiffany N | 1:22-cv-01563 | Porter & Malouf, P.A. | GA | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 10 | "2012" | 3/10/2011 | Intentionally Blank | Intentionally Blank | 4/21/2022 |
| Pitts, Latoya | 1:23-cv-03395 | Keller Postman, LLC Yaeger Law, PLLC | NC | Statute of Repose | Intentionally Blank | Intentionally Blank | 12 | "Date and Month Unknown 2013" | 12/20/2010 | Intentionally Blank | Intentionally Blank | 7/31/2023 |
| Coats, Kristen | 1:22-cv-03689 | Hammers Law Firm | AL | Statute of Limitations | 2 | 4 | Intentionally Blank | NO DATE | 1/1/2012 | 6/1/2017 | [Same as Complaint] | 9/13/2022 |
| Robinson, Kimberly | 1:22-cv-03238 | Hammers Law Firm | AL | Statute of Limitations | 2 | 4 | Intentionally Blank | NO DATE | 1/1/2006 | 3/7/2016 | [Same as Complaint] | 8/15/2022 |
| Alvarez, Esther | 1:22-cv-00788 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 1/1/2008 | Intentionally Blank | Intentionally Blank | 2/24/2022 |
| Eberley, Amanda | 1:22-cv-02493 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 11/1/2007 | Intentionally Blank | Intentionally Blank | 6/22/2022 |
| Edgecomb, Angela | 1:23-cv-00846 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 1/1/2009 | Intentionally Blank | Intentionally Blank | 2/27/2023 |
| Farr, Bernadette | 1:23-cv-00845 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 1/1/2010 | Intentionally Blank | Intentionally Blank | 2/27/2023 |
| Lewerenz, Samantha | 1:22-cv-02495 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 7/26/2010 | Intentionally Blank | Intentionally Blank | 6/22/2022 |
| Reed, Calli | 1:21-cv-05066 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 9/1/2009 | Intentionally Blank | Intentionally Blank | 12/10/2021 |
| Roundebush, Randy | 1:22-cv-01288 | Hammers Law Firm | IL | Statute of Repose (Strict Liability ONLY) | Intentionally Blank | Intentionally Blank | 8 | NO DATE | 1/1/2006 | Intentionally Blank | Intentionally Blank | 4/1/2022 |
| Keenan, Aimee | 1:22-cv-03237 | Hammers Law Firm | NC | Statute of Repose | Intentionally Blank | Intentionally Blank | 6 | NO DATE | 1/1/2008 | Intentionally Blank | Intentionally Blank | 8/15/2022 |
| Webb, Lasheika | 1:22-cv-00624 | Hammers Law Firm | NC | Statute of Repose | Intentionally Blank | Intentionally Blank | 6 | NO DATE | 1/1/2009 | Intentionally Blank | Intentionally Blank | 2/14/2022 |
| Austin, Felicia | 1:22-cv-03520 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | Intentionally Blank | NO DATE | 1/1/2006 | 3/26/2014 | [Same as Complaint] | 8/31/2022 |
| Fernandez, Yanet | 1:23-cv-01024 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | Intentionally Blank | NO DATE | 1/1/2007 | 4/28/2018 | [Same as Complaint] | 3/9/2023 |
| Medina, Elizabeth | 1:23-cv-01394 | Tosi Law, LLP | NY | Statute of Limitations | 3 | 4 | Intentionally Blank | NO DATE | 1/1/2011 | 2/13/2018 | [Same as Complaint] | 3/31/2023 |
| Pahl, Myriah | 1:22-cv-03108 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | Intentionally Blank | NO DATE | 1/1/2008 | 11/17/2016 | [Same as Complaint] | 8/7/2022 |

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY) | Products Liability Statute of Limitations | Products Liability Warranty Statute of Limitations (where a separate statute of limitations is applied) | Products Liability Statue of Repose | Placement Date as stated in Complaint [For all cases that provide a date, in quotes, see further explanation in Brief] | Placment Date as stated in the Plaintiff Fact Sheet | Removal Date as stated in the Complaint | Removal Date as stated in the Plaintiff Fact Sheet | Date Complaint Filed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas, Dionne D. | 1:22-cv-00459 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | NO DATE | 1/1/2005 | 11/7/2014 | [Same as Complaint] | 2/4/2022 |
| Velez, Dagmar | 1:22-cv-03236 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | NO DATE | 1/1/2005 | 7/15/2013 | [Same as Complaint] | 8/15/2022 |
| Wuenst, Kimberly | 1:22-cv-02003 | Hammers Law Firm | NY | Statute of Limitations | 3 | 4 | *Intentionally Blank* | NO DATE | 1/1/2004 | 3/1/2010 | [Same as Complaint] | 5/19/2022 |
| Rook, Lauren | 1:22-cv-03385 | Hammers Law Firm | TN | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 10 | NO DATE | 7/1/2010 | *Intentionally Blank* | *Intentionally Blank* | 8/23/2022 |
| Johnson, Brittany | 1:22-cv-01970 | Hammers Law Firm | TX | Statute of Repose | *Intentionally Blank* | *Intentionally Blank* | 15 | NO DATE | 1/1/2006 | *Intentionally Blank* | *Intentionally Blank* | 5/18/2022 |